FILED

06/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0118

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE THE MATTER OF THE MARRIAGE OF: | Appellant Cause No. DA 23-0118 |
| NANCY M. STEWARD | |
| Petitioner/Appellant, | ORDER |
| vs. | |
| JOSEPH H. STEWARD, | |
| Respondent/Appellee. | |

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Ayreanna Ross is granted an extension of time to and including Monday July 17, 2023, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court.

Appellant shall serve a copy of this Order on the court reporter.

Dated: _____, 2023.

_____
Supreme Court Justice

Order Extending Time to Transmit the Record - Page 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2023